IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| KELVIN DAVIS, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>HONORABLE JUDGE DIANE WILKINS, et al.,<br><br>Defendants. | MEMORANDUM DECISION AND ORDER GRANTING STIPULATED MOTION TO FILE SECOND AMENDED COMPLAINT AND MOOTING MOTION TO DISMISS<br><br><br>Case No. 1:07-CV-148 TS |

Pursuant to the Stipulated Motion Allowing Plaintiffs to File a Second Amended Complaint, it is therefore

ORDERED that the Stipulated Motion (Docket No. 21) is GRANTED and Plaintiffs are granted leave to file a Second Amended Complaint. Defendants shall answer, move or otherwise respond to the Second Amended Complaint no later than twenty days after it is filed and served upon them. It is further

1

ORDERED that Motion to Dismiss (Docket No. 16) is MOOT.  Said mooting of the Motion to Dismiss is without prejudice to the raising of any defense that may be available to defendants.

DATED   May 1, 2008.

BY THE COURT:

_____
TED STEWART
United States District Judge